Certificate Number: 14912-PAE-DE-033046938

Bankruptcy Case Number: 19-13488



14912-PAE-DE-033046938

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2019, at 1:17 o'clock PM EDT, Scott Hettinger completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    July 1, 2019

By:    /s/Jai Bhatt

Name:    Jai Bhatt

Title:    Counselor