Certificate Number: 14912-PAE-DE-033046937

Bankruptcy Case Number: 19-13488



14912-PAE-DE-033046937

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2019, at 1:17 o'clock PM EDT, Debra Hettinger completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 1, 2019                     By:   /s/Jai Bhatt

                                        Name: Jai Bhatt

                                        Title: Counselor