United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-13488-amc
Scott Michael Hettinger                                         Chapter 13
Debra Ann Hettinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa          Page 1 of 3          Date Rcvd: Jul 10, 2019
                              Form ID: 309I       Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db/jdb        +Scott Michael Hettinger,   Debra Ann Hettinger,   44 Versailles Ct.,   Reading, PA 19605-7019
tr            +SCOTT F. WATERMAN (Chapter 13),   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   Suite 100,
               Reading, PA 19606-2265
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
ust           +United States Trustee,   Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,
               Philadelphia, PA 19106-2908
14347090      +ACAR Leasing LTD d/b/a GM Financial Leasing,   P O Box 183853,   Arlington, TX 76096-3853
14334260      +AES/Educational Loans,   Attn: Bankruptcy,   Po Box 61047,   Harrisburg, PA 17106-1047
14334262      +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
14334259      +Aes/bank Of New York U,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
14334261      +Aes/wllsfrgo,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
14334264      +Berk E.I.T.,   1125 Berkshire Blvd. #115,   Wyomissing, PA 19610-1222
14334265      +Berkheimer,   PO Box 25153,   Lehigh Valley, PA 18002-5153
14334266      +Best Buy/cbna,   Citibank Corp/Centralized Bky,   PO Box 790034,   Saint Louis, MO 63179-0034
14334270      +Citibank,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
14334271      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
               St Louis, MO 63179-0034
14334273      +Comenity/MPRC,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14334279      +FedLoan Servicing,   Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
14334280      +FedLoan Servicing,   Pob 60610,   Harrisburg, PA 17106-0610
14334282      +First National Bank,   Attn: Bankruptcy,   1620 Dodge St Mailstop 4440,   Omaha, NE 68197-0002
14345678      +First National Bank of Omaha,   1620 Dodge Street, Stop Code 3105,   Omaha, NE 68197-0002
14343206      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
14334285      +Kohls/Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14345615       Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
14334288      +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
               Dallas, TX 75266-0360
14337178      +Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire,   KML Law Group, P.C.,   701 Market Street,
               Suite 5000,   Philadelphia, PA 19106-1541
14334301      +TD Retail Card Services,   Attn: Bankruptcy,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
14334305      +Wf/fmg,   Attn: Bankruptcy,   Po Box 51193,   Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bankruptcy@davidtiddlaw.com Jul 11 2019 03:18:43    DAVID W. TIDD,
               656 Ebersole Road,   Reading, PA  19605
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2019 03:19:12
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2019 03:19:32    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14334263       E-mail/Text: rperez@arcadiarecovery.com Jul 11 2019 03:19:27    Arcadia Recovery Bureau,
               645 Penn Street,   4th Floor,   Reading, PA 19601-3559
14334269       E-mail/Text: bankrupt@choicerecovery.com Jul 11 2019 03:18:47    Choice Recovery,
               Attn: Bankruptcy,   1550 Old Henderson Rd, Ste 100,   Columbus, OH 43220
14334267      +EDI: CAPITALONE.COM Jul 11 2019 07:13:00    Capital One,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
14355046      +EDI: AIS.COM Jul 11 2019 07:13:00    Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
14334268      +EDI: CHASE.COM Jul 11 2019 07:13:00    Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
               Wilmington, DE 19850-5298
14334272      +EDI: WFNNB.COM Jul 11 2019 07:13:00    Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
               Po Box 182125,   Columbus, OH 43218-2125
14334275      +EDI: WFNNB.COM Jul 11 2019 07:13:00    ComenityBank/Venus,   Attn: Bankruptcy Dept,
               Po Box 182125,   Columbus, OH 43218-2125
14334276      +EDI: WFNNB.COM Jul 11 2019 07:13:00    ComenityCapital/Boscov,   Attn: Bankruptcy Dept,
               Po Box 182125,   Columbus, OH 43218-2125
14334274       EDI: WFNNB.COM Jul 11 2019 07:13:00    Comenitybank/New York,   Attn: Bankruptcy,
               Po Box 18215,   Columbus, OH 43218
14334277      +EDI: CRFRSTNA.COM Jul 11 2019 07:13:00    Credit First National Association,
               Attn: Bankruptcy,   Po Box 81315,   Cleveland, OH 44181-0315
14334281      +E-mail/Text: collectionbankruptcies.bancorp@53.com Jul 11 2019 03:19:48    Fifth Third Bank,
               Attn: Bankruptcy Department,   1830 E Paris Ave Se,   Grand Rapids, MI 49546-8803
14334283      +EDI: PHINAMERI.COM Jul 11 2019 07:13:00    GM Financial,   PO Box 183834,
               Arlington, TX 76096-3834
14334284       EDI: IRS.COM Jul 11 2019 07:13:00    Internal Revenue Service,   Centralized Insolvency,
               PO Box 7346,   Philadelphia, PA 19101-7346

```
District/off: 0313-4          User: Lisa              Page 2 of 3              Date Rcvd: Jul 10, 2019
                             Form ID: 309I            Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14334286        +E-mail/Text: bk@lendingclub.com Jul 11 2019 03:19:46       LendingClub,   Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,   San Francisco, CA 94105-2967
14334287        +EDI: FORD.COM Jul 11 2019 07:13:00      Lincoln Automotive Financial Service,   Attn: Bankruptcy,
                 Po Box 542000,   Omaha, NE 68154-8000
14334289        +E-mail/Text: recovery@paypal.com Jul 11 2019 03:18:49       PayPal,   2211 N. First St.,
                 San Jose, CA 95131-2021
14334290        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 11 2019 03:19:31       Quicken Loans,
                 Attn: Bankruptcy,   1050 Woodward Avenue,   Detroit, MI 48226-1906
14348096        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 11 2019 03:19:31       Quicken Loans Inc.,
                 635 Wooward Avenue,   Detroit, MI 48226-3408
14334291         E-mail/Text: colleen.atkinson@rmscollect.com Jul 11 2019 03:19:53       Receivable Management Inc,
                 7206 Hull Rd,   Ste 211,   Richmond, VA 23235
14334293        +EDI: RMSC.COM Jul 11 2019 07:13:00      Syncb/Toys R Us,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14334292        +EDI: RMSC.COM Jul 11 2019 07:13:00      Syncb/litt,   Po Box 965036,   Orlando, FL 32896-5036
14335318        +EDI: RMSC.COM Jul 11 2019 07:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
14336192        +EDI: RMSC.COM Jul 11 2019 07:13:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
14334294        +EDI: RMSC.COM Jul 11 2019 07:13:00      Synchrony Bank/Amazon,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14334295        +EDI: RMSC.COM Jul 11 2019 07:13:00      Synchrony Bank/HH Gregg,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14334296        +EDI: RMSC.COM Jul 11 2019 07:13:00      Synchrony Bank/Old Navy,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
14334297        +EDI: RMSC.COM Jul 11 2019 07:13:00      Synchrony Bank/Sams Club,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
14334298        +EDI: RMSC.COM Jul 11 2019 07:13:00      Synchrony Bank/Select Comfort,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
14334299        +EDI: RMSC.COM Jul 11 2019 07:13:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14334300        +EDI: WTRRNBANK.COM Jul 11 2019 07:13:00       Target,   Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
14334278         EDI: USBANKARS.COM Jul 11 2019 07:13:00      Elan Financial Service,   Attn: Bankruptcy,
                 4801 Frederica Street,   Owensboro, KY 42301
14334302        +EDI: WFFC.COM Jul 11 2019 07:13:00      Wells Fargo Bank,   Mac F823f-02f,   Po Box 10438,
                 Des Moines, IA 50306-0438
14334303        +EDI: WFFC.COM Jul 11 2019 07:13:00      Wells Fargo Bank NA,   Attn: Bankruptcy,
                 1 Home Campus Mac X2303-01a,   Des Moines, IA 50328-0001
14344833         EDI: WFFC.COM Jul 11 2019 07:13:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
14334304        +EDI: WFFC.COM Jul 11 2019 07:13:00      Wells Fargo Home Mortgage,   Attn: Bankruptcy Dept,
                 P.O. Box 10335,   Des Moines, IA 50306-0335
                                                                                  TOTAL: 38


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +SCOTT F. WATERMAN (Chapter 13),   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   Suite 100,
                 Reading, PA 19606-2265
14344835*        Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-4            User: Lisa              Page 3 of 3                Date Rcvd: Jul 10, 2019
                               Form ID: 309I            Total Noticed: 68


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
          DAVID W. TIDD    on behalf of Joint Debtor Debra Ann Hettinger bankruptcy@davidtiddlaw.com
          DAVID W. TIDD    on behalf of Debtor Scott Michael Hettinger bankruptcy@davidtiddlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Scott Michael Hettinger** | Social Security number or ITIN **xxx–xx–4219** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Debra Ann Hettinger** | Social Security number or ITIN **xxx–xx–8697** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | Date case filed for chapter  **13   5/30/19** |
| Case number:  **19–13488–amc** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                    **12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Scott Michael Hettinger | Debra Ann Hettinger |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 44 Versailles Ct. Reading, PA 19605 | 44 Versailles Ct. Reading, PA 19605 |
| 4. | **Debtor's attorney** Name and address | DAVID W. TIDD 656 Ebersole Road Reading, PA 19605 | Contact phone 610–838–8700  Email: bankruptcy@davidtiddlaw.com |
| 5. | **Bankruptcy trustee** Name and address | SCOTT F. WATERMAN (Chapter 13) Chapter 13 Trustee 2901 St. Lawrence Ave. Suite 100 Reading, PA 19606 | Contact phone (610) 779–1313  Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street Suite 300 Reading, PA 19601 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (610)2085040  Date: 7/10/19 |

**For more information, see page 2**

Debtor  **Scott Michael Hettinger**  and  **Debra Ann Hettinger**                                                                    Case number **19–13488–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 6, 2019 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8.  Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>---<br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>---<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 10/5/19**<br><br><br><br><br><br><br><br><br>**Filing deadline: 8/8/19**<br><br>**Filing deadline: 11/26/19**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $176.76 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/19/19** at **10:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

Official Form 309I                                               **Notice of Chapter 13 Bankruptcy Case**                                                 page 2