UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   SCOTT MICHAEL HETTINGER<br>   DEBRA ANN HETTINGER<br><br>   Debtors | Chapter 13<br>Bankruptcy No.19-13488-AMC |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 19th day of November, 2019, by first class mail upon those listed below:

SCOTT MICHAEL HETTINGER
DEBRA ANN HETTINGER
44 VERSAILLES CT
READING, PA  19605

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
656 EBERSOLE ROAD
READING, PA  19605

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee