# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott Michael Hettinger | : |
| Debra Ann Hettinger | : |
| | :Ch. 13 |
| | : |
| Debtors, | :19-13488-pmm |
| | : |

## CERTIFICATE OF SERVICE

    I, David W. Tidd, Esq., attorney for the above named Debtors, do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the First Amended Plan, Amended J, Amended G and Amended E on the following, United States trustee, Chapter 13 trustee, and all creditors on the Mailing matrix filed with the court.

Dated: July 4, 2020        By:    /s/ David W. Tidd, Esq.
                                                   David W. Tidd, Esquire
                                                   Attorney for Debtor
                                                   656 Ebersole Rd
                                                   Reading, PA 19605
                                                   Phone: 610-838-8700
                                                   Fax: 610-743-8676
                                                   Email: bankruptcy@davidtiddlaw.com