# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Scott Michael Hettinger**         :    CHAPTER 13
      **Debra Ann Hettinger**             :
            **Debtor**                      :    BANKRUPTCY NO.   19-13488-pmm

**NOTICE**

To the Debtor, the Chapter 13 Trustee, the United States Trustee, and all parties in interest,
NOTICE IS HEREBY GIVEN:

    1. That David W. Tidd, Esquire, counsel for the Debtor in the above-captioned matter, has filed an Application with this Court for Allowance of Compensation ("Application") in connection with legal services rendered to the Debtors in these bankruptcy proceedings.

    2. That the Application requests the Court to enter an Order approving reimbursement of actual, necessary counsel fees in the amount of $ 3950.00, of which $690.00 was received pre-petition.

    3. That any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk of the United States Bankruptcy Court, Office of the Clerk, Room 103, The Gateway Building, 201 Penn Street, Fourth Floor, Reading, PA 19601, and a copy thereof served on the counsel whose name and address appear below, within twenty-one (21) days from the date of this notice.

    4. That in the absence of an answer, objection or request for hearing, counsel will certify the same to the Court after twenty-one (21) days from the date of this notice and the Court may enter the proposed Order approving said counsel fees.

Dated: July 4, 2020            /s/ David W. Tidd, Esq.
                                  David W. Tidd, Esquire
                                  656 Ebersole Road
                                  Reading, PA 19605
                                  Phone: 610-838-8700
                                  Fax: 610-743-8676
                                  Email:Bankruptcy@DavidTiddLaw.com