**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Scott Michael Hettinger** | Ch 13 |
| **Debra Ann Hettinger** | |
| | 19-13488-pmm |
| Debtors | |

**CERTIFICATE OF SERVICE**

I, David W. Tidd, Esq., attorney for the above-names debtor do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtors Application for Compensation and Reimbursement of expenses, Notice and proposed Order upon the following:

Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Scott Michael Hettinger
Debra Ann Hettinger
44 Versailles Court
Reading, PA 19605


Dated: July 4, 2020                /s/ David W. Tidd, Esquire
                                   David W. Tidd, Esquire
                                   656 Ebersole, PA 19605
                                   Reading, PA 19605
                                   Phone:610-838-8700
                                   Fax:610-743-8676
                                   Email:Bankruptcy@davidtiddlaw.com