U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Scott Michael Hettinger** : CHAPTER 13
**Debra Ann Hettinger** :
**Debtors** : BANKRUPTCY NO. 19-13488-pmm

**CERTIFICATION OF NO ANSWER/RESPONSE AND CERTIFICATION OF UNCONTESTED APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, David W. Tidd, Esquire, attorney for the Debtors, do hereby certify that on July 4, 2020, I served true and correct copies of the attached Application for Compensation and Reimbursement of expenses on the Debtors, US Trustee and Chapter 13 Trustee. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of the Court.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Compensation and Reimbursement of Expenses and enter the proposed Order attached to the Application for Compensation and Reimbursement of Expenses.

Dated: August 7, 2020    /s/ David W. Tidd, Esquire
    _____
    DAVID W. TIDD, ESQUIRE
    656 Ebersole Rd
    Reading, PA 19605
    610-838-8700
    Fax:610-743-8676
    Email: bankruptcy@davidtiddlaw.com