# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| SCOTT MICHAEL HETTINGER | :    Ch. 13 |
| DEBRA ANN HETTINGER | : |
| | :    19-13488-pmm |
| **Debtor,** | : |

## CERTIFICATE OF SERVICE

    I, David W. Tidd, Esq., attorney for the above names Debtors, do hereby certify that I have caused to be served on this date a true and correct copy of the Second Amended Chapter 13 plan (Pre-confirmation) to all creditors stated below by electronic mail by mailing same to them at their respective addresses by First Class Mail, Postage paid on August 12, 2020.

Office of the United State Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Street
Reading, PA 19606

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

ACAR Leasing LTD
d/b/a GM Financial Leasing
P O Box 183853
Arlington, TX 76096-3853

AES/Educational Loans
Attn: Bankruptcy
Po Box 61047
Harrisburg, PA 17106-1047

AR Resources, Inc.
Attn: Bankruptcy
Po Box 1056
Blue Bell, PA 19422-0287

Aes/bank Of New York U
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105-2461

Aes/wllsfrgo
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105-2461

Arcadia Recovery Bureau
645 Penn Street
4th Floor
Reading, PA 19601-3559

Berk E.I.T.
1125 Berkshire Blvd. #115
Wyomissing, PA 19610-1222

Berkheimer
PO Box 25153
Lehigh Valley, PA 18002-5153

Berkheimer
Agent for Schuykill SD
c/o David R. Gordon, Esquire
1883 Jory Road
Pen Argyl, PA  18072

Best Buy/cbna
Citibank Corp
Centralized Bky
PO Box 790034
Saint Louis, MO 63179-0034

Capital One
Attn: Bankruptcy
Po Box 30285

Salt Lake City, UT 84130-0285
Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD STE 100
COLUMBUS OH 43220-3662

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity/MPRC
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

ComenityBank/Venus
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

ComenityCapital/Boscov
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Comenitybank/New York
Attn: Bankruptcy
Po Box 18215
Columbus, OH 43218

Credit First National Association
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181-0315

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

FedLoan Servicing
Attn: Bankruptcy
Po Box 69188
Harrisburg, PA 17106-9184

FedLoan Servicing
Pob 60610
Harrisburg, PA 17106-0610

Fifth Third Bank
Attn: Bankruptcy Department
1830 E Paris Ave Se
Grand Rapids, MI 49546-8803

First National Bank
Attn: Bankruptcy
1620 Dodge St Mailstop 4440
Omaha, NE 68197-0002

PERI GARITE
ATTN CARD WORKS
101 CROSSWAYS PARK DR W
WOODBURY NY 11797-2020

GM Financial

PO Box 183834
Arlington, TX 76096-3834

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingClub
Attn: Bankruptcy
71 Stevenson St, Ste 1000
San Francisco, CA 94105-2967

LendingClub Corporation
595 Market St, Suite 200
San Francisco, CA 94105-2807

Lincoln Automotive Financial Service
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154-8000

Nissan Motor Acceptance
POB 660366
Dallas, TX  75266-0366

Nissan Motor Acceptance Corp/Infinity Lt
Attn: Bankruptcy

Po Box 660360
Dallas, TX 75266-0360

Patient First c/o Receivables Management Sys
PO Box 73810
North Chesterfield, VA 23235-8047

PayPal
2211 N. First St.
San Jose, CA 95131-2021

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Quicken Loans
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226-1906

Quicken Loans Inc.
635 Wooward Avenue
Detroit, MI 48226-3408

Quicken Loans Inc.
c/o Rebecca A. Solarz, Es
KML Law Group, P.C.
701 Market Street|Suite 5000
Philadelphia, PA 19106-1541

Receivable Management Inc
7206 Hull Rd|Ste 211
Richmond, VA 23235

Syncb/Toys R Us
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb/litt
Po Box 965036
Orlando, FL 32896-5036

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021|Norfolk, VA 23541-1021

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Amazon
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/HH Gregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Old Navy
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams Club
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Select Comfort
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Walmart

Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

TD Retail Card Services
Attn: Bankruptcy
1000 Macarthur Blvd
Mahwah, NJ 07430-2035

Target
Attn: Bankruptcy
Po Box 9475
Minneapolis, MN 55440-9475

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Wells Fargo Bank
Mac F823f-02f
Po Box 10438
Des Moines, IA 50306-0438

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept
P.O. Box 10335
Des Moines, IA 50306-0335

Wf/fmg
Attn: Bankruptcy
Po Box 51193L
Los Angeles, CA 90051-5493

Debra Ann Hettinger
44 Versailles Ct.
Reading, PA 19605-7019

Dated: August 12, 2020	By:	/s/ David W. Tidd, Esq.
	David W. Tidd, Esquire
	Attorney for Debtor
	656 Ebersole Rd
	Reading, PA 19605
	Phone: 610-838-8700
	Fax: 610-743-8676
	Email: bankruptcy@davidtoddlaw.com