| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-13488-PMM**

SCOTT MICHAEL HETTINGER
DEBRA ANN HETTINGER
44 VERSAILLES CT
READING  PA  19605

Petition Filed Date: 05/30/2019
341 Hearing Date: 08/06/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2019 | $176.76 | Monthly Plan P | 08/01/2019 | $176.76 | Monthly Plan P | 09/03/2019 | $176.76 | Monthly Plan P |
| 10/02/2019 | $176.76 | | 11/01/2019 | $176.76 | | 12/03/2019 | $176.76 | |
| 12/31/2019 | $176.76 | | 01/31/2020 | $176.76 | | 03/02/2020 | $176.76 | |
| 04/01/2020 | $176.76 | | 05/04/2020 | $176.76 | | 06/02/2020 | $176.76 | |
| 07/02/2020 | $176.76 | | 08/03/2020 | $176.76 | | | | |

**Total Receipts for the Period: $2,474.64   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,474.64**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,474.64 | Current Monthly Payment: | $176.76 |
| Paid to Claims: | $0.00 | Arrearages: | ($551.88) |
| Paid to Trustee: | $233.72 | Total Plan Base: | $34,820.61 |
| Funds on Hand: | $2,240.92 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.