United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Michael Hettinger  
Debra Ann Hettinger  
      Debtors

Case No. 19-13488-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Christina              Page 1 of 1                  Date Rcvd: Aug 28, 2020
                        Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.
db/jdb         +Scott Michael Hettinger,   Debra Ann Hettinger,    44 Versailles Ct.,   Reading, PA 19605-7019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2020 at the address(es) listed below:
      DAVID W. TIDD    on behalf of Joint Debtor Debra Ann Hettinger bankruptcy@davidtiddlaw.com, bbkconsultantllc@gmail.com  
      DAVID W. TIDD    on behalf of Debtor Scott Michael Hettinger bankruptcy@davidtiddlaw.com, bbkconsultantllc@gmail.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Scott Michael and Debra Ann Hettinger,**  :  Chapter 13

        Debtors  :  Bky. No. 19-13488 PMM

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 29) filed by the Debtor's counsel, David W. Tidd ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $3,950.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $690.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** August 28, 2020

                                              **PATRICIA M. MAYER**
                                              **U.S. BANKRUPTCY JUDGE**