**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Ch. 13 |
| | : | |
| **Scott Michael Hettinger,** | : | |
| **Debra Ann Hettinger,** | : | |
| | : | |
| Debtors. | : | No: 19-13488 - PMM |

## PRAECIPE TO WITHDRAW NOTICE AND
## MOTION TO MODIFY CHAPTER 13 PLAN

    Kindly withdraw Docket # 44, Motion to Modify Plan Post-Confirmation and Attachment #1, Proposed Order, and Attachment #2, Certificate of Service; and Docket # 45, Notice of Motion to Modify Plan Post-Confirmation, both filed November 9, 2020 in the above-captioned matter.

Dated: November 10, 2020

    Respectfully submitted:

/s/ David W. Tidd, Esquire
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605
Phone: 610-838-8700
Fax:     610-743-8676
bankruptcy@DavidTiddLaw.com