# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Ch. 13 |
| | : | |
| **Scott Michael Hettinger,** | : | |
| **Debra Ann Hettinger,** | : | |
| | : | |
| Debtors. | : | No: 19-13488 - PMM |

## MOTION TO MODIFY POST-CONFIRMATION CHAPTER 13 PLAN

Debtors, Scott Michael Hettinger and Debra Ann Hettinger, by and through their attorney, David W. Tidd, Esquire, hereby move this Honorable Court to allow modification of their Chapter 13 Plan in the above-captioned Bankruptcy case and in support thereof avers as follows:

1. Debtors filed their voluntary Chapter 13 Bankruptcy Case on May 30, 2019.

2. Debtors' Second Amended Plan was confirmed on August 13, 2020.

3. A routine audit of Debtors' Plan revealed an error in the calculation of Debtors' Plan base amount.

WHEREFORE, Debtors respectfully request this Honorable Court to enter an Order permitting Debtors to file a Third Amended Chapter 13 Post Confirmation Plan to accurately reflect the base amount.

Date: November 10, 2020

Respectfully submitted:

/s/ David W. Tidd, Esquire
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA  19605
Phone:  610-838-8700
Fax:     610-743-8676
Email:  Bankruptcy@DavidTiddLaw.com