**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Ch. 13 |
| | : | |
| **Scott Michael Hettinger,** | : | |
| **Debra Ann Hettinger,** | : | |
| | : | |
| Debtors. | : | No: 19-13488 - PMM |

## CERTIFICATE OF SERVICE

I, David W. Tidd, Esq., attorney for Debtors, hereby certify that I have caused to be served on this date a true and correct copy of Debtor's Motion to Modify Post Confirmation Chapter 13 Plan and Third Amended Chapter 13 Plan upon the following parties in the manner indicated:

**Via ECF Filing**

Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106

Scott Waterman, Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA  19606

**Via U.S. Mail**

Scott Michael Hettinger
44 Versailles Ct.
Reading, PA 19605-7019

Debra Ann Hettinger
44 Versailles Ct.
Reading, PA 19605-7019

**Secured Parties – Via U.S. Mail**

Quicken Loans
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

Quicken Loans, Inc.
635 Wooward Ave.
Detroit, MI 48226-3408

QuickenLoans Inc
c/o Rebecca A Solarz, Esq
KML Law Group PC
701 Market St, Ste 5000
Philadelphia, PA 19106-1541


**Priority Unsecured Parties – Via First Class U.S. Mail**

Berk E.I.T.
1125 Berkshire Blvd. #115
Wyomissing, PA 19610

Berkheimer
PO Box 25153
Lehigh Valley, PA 18002

Berkheimer, Agent for Schuykill SD
c/o David R. Gordon, Esquire
1883 Jory Rd.
Pen Argyl, PA 18072

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

**Non-Priority Unsecured Parties – Via First Class U.S. Mail**

ACAR Leasing LTD
dba GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

ACAR Leasing, LTD of PA
4001 Embarcadero Dr.
Arlington, TX 76014

Aes/bank Of New York U
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

AES/Educational Loans
Attn: Bankruptcy
Po Box 61047
Harrisburg, PA 17106

Aes/wllsfrgo
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

AR Resources, Inc.
Attn: Bankruptcy
Po Box 1056
Blue Bell, PA 19422

Arcadia Recovery Bureau
645 Penn Street
4th Floor
Reading, PA 19601

Best Buy/cbna
Citibank Corp/Centralized Bky
PO Box 790034
Saint Louis, MO 63179

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One USA N.A,by
American InfoSource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Choice Recovery
Attn: Bankruptcy
1550 Old Henderson Rd, Ste 100
Columbus, OH 43220

Choice Recovery Inc
1550 Old Henderson Rd., Ste. 100
Columbus, OH 43220-3662

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity/MPRC
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenitybank/New York
Attn: Bankruptcy
Po Box 18215
Columbus, OH 43218

ComenityBank/Venus
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

ComenityCapital/Boscov
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Credit First National Association
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181

Elan Financial Service
Attn: Bankruptcy
4801 Frederica Street
Owensboro, KY 42301

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

FedLoan Servicing
Pob 60610
Harrisburg, PA 17106

Fifth Third Bank
Attn: Bankruptcy Department
1830 E Paris Ave Se
Grand Rapids, MI 49546

First National Bank
Attn: Bankruptcy
1620 Dodge St Mailstop 4440
Omaha, NE 68197

GM Financial
PO Box 183834
Arlington, TX 76096-3834

JP Morgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane  Fl 01
Monroe, LA 71203-4774

JPMorgan Chase Bank NA
s/b/m/t Chase Bank USA NA
c/o Robertson Anschutz & Schneid PA
6409 Congress Ave  Ste 100
Boca Raton, FL 33487-2853

Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

LendingClub
Attn: Bankruptcy
71 Stevenson St, Ste 1000
San Francisco, CA 94105

LendingClub Corporation
595 Market St., Ste. 200
San Francisco, CA 94105-2807

Lincoln Automotive Financial Service
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nissan Motor Acceptance
POB 660366
Dallas, TX 75266-0366

Nissan Motor Acceptance Corp/Infinity Lt
Attn: Bankruptcy
Po Box 660360
Dallas, TX 75266

Patient First
c/o Receivables Mgmt Sys
PO Box 73810
Richmond, VA 23235-8047

PayPal
2211 N. First St.
San Jose, CA 95131

Peri Garite
Attn Card Works
101 Crossways Park Dr. W.
Woodbury, NY 11797-2020

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Quantum3 Group LLC - Commenity Bank
PO Box 788
Kirkland, WA 98083-0788

Receivable Management Inc
7206 Hull Rd
Ste 211
Richmond, VA 23235

Syncb/litt
Po Box 965036
Orlando, FL 32896

Syncb/Toys R Us
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank
c/o PRA Receivables Mgmt LLC
PO Box 41021
Norfolk, VA 23541

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/HH Gregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Old Navy
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Select Comfort
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target
Attn: Bankruptcy
Po Box 9475
Minneapolis, MN 55440

TD Retail Card Services
Attn: Bankruptcy
1000 Macarthur Blvd
Mahwah, NJ 07430

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

US Department of Education
c/o Fedloan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

Wells Fargo Bank
Mac F823f-02f
Po Box 10438
Des Moines, IA 50306

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328

Wells Fargo Bank NA
Wells Fargo Card Svs
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept
P.O. Box 10335
Des Moines, IA 50306

Wf/fmg
Attn: Bankruptcy
Po Box 51193
Los Angeles, CA 90051


Dated:  November 10, 2020

/s/ David W. Tidd, Esq.
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA  19605
Phone: 610-838-8700
Fax:    610-743-8676
Email: Bankruptcy@DavidTiddLaw.com