## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Ch. 13 |
| | : | |
| Scott Michael Hettinger, | : | |
| Debra Ann Hettinger, | : | |
| | : | |
| Debtors. | : | No: 19-13488 - PMM |

### ORDER

AND NOW upon consideration of Debtors' Motion to Modify Post Confirmation Chapter 13 Plan, it is hereby **ORDERED** that the Motion is **GRANTED** and Debtors ' Third Amended Post Confirmation Chapter 13 Plan is **CONFIRMED**.

Dated: **December 10, 2020**

BY THE COURT:

*Patricia M. Mayer*