United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Scott Michael Hettinger  
Debra Ann Hettinger  
    Debtor(s)

Case No. 19-13488-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Scott Michael Hettinger, Debra Ann Hettinger, 44 Versailles Ct., Reading, PA 19605-7019

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

**Name**    **Email Address**

DAVID W. TIDD  
    on behalf of Joint Debtor Debra Ann Hettinger bankruptcy@davidtiddlaw.com  bbkconsultantllc@gmail.com

DAVID W. TIDD  
    on behalf of Debtor Scott Michael Hettinger bankruptcy@davidtiddlaw.com  bbkconsultantllc@gmail.com

REBECCA ANN SOLARZ  
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)  
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)  
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Ch. 13 |
| | : | |
| **Scott Michael Hettinger,** | : | |
| **Debra Ann Hettinger,** | : | |
| | : | |
| **Debtors.** | : | No: 19-13488 - PMM |

## ORDER

AND NOW upon consideration of Debtors' Motion to Modify Post Confirmation Chapter 13 Plan, it is hereby **ORDERED** that the Motion is **GRANTED** and Debtors ' Third Amended Post Confirmation Chapter 13 Plan is **CONFIRMED**.

Dated: **December 10, 2020**

BY THE COURT:

*Patricia M. Mayer*
_____