| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13488-PMM**

SCOTT MICHAEL HETTINGER  
DEBRA ANN HETTINGER  
44 VERSAILLES CT  
READING  PA   19605

Petition Filed Date: 05/30/2019  
341 Hearing Date: 08/06/2019  
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $176.76 | | 03/02/2020 | $176.76 | | 04/01/2020 | $176.76 | |
| 05/04/2020 | $176.76 | | 06/02/2020 | $176.76 | | 07/02/2020 | $176.76 | |
| 08/03/2020 | $176.76 | | 09/01/2020 | $176.76 | | 10/05/2020 | $176.76 | |
| 11/02/2020 | $176.76 | | 12/01/2020 | $176.76 | | 01/05/2021 | $177.00 | |
| 02/01/2021 | $273.00 | | 03/01/2021 | $273.00 | | 03/31/2021 | $273.00 | |
| 04/30/2021 | $273.00 | | 06/01/2021 | $273.00 | | | | |

**Total Receipts for the Period: $3,486.36    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,723.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,260.00 | $3,260.00 | $0.00 |
| 1 | CHASE BANK USA NA »» 001 | Unsecured Creditors | $3,666.10 | $15.24 | $3,650.86 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $4,471.39 | $18.60 | $4,452.79 |
| 3 | WELLS FARGO BANK NEVADA NA »» 003 | Unsecured Creditors | $4,726.55 | $19.65 | $4,706.90 |
| 4 | WELLS FARGO BANK NEVADA NA »» 004 | Unsecured Creditors | $15,649.27 | $65.07 | $15,584.20 |
| 5 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | FIRST NATIONAL BANK OMAHA »» 006 | Unsecured Creditors | $2,490.54 | $0.00 | $2,490.54 |
| 7 | ACAR LEASING LTE  DBA »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | QUICKEN LOANS INC »» 008 | Mortgage Arrears | $47.38 | $47.38 | $0.00 |
| 9 | CHASE BANK USA NA »» 009 | Unsecured Creditors | $1,397.49 | $0.00 | $1,397.49 |
| 10 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $3,572.89 | $0.00 | $3,572.89 |
| 11 | UNITED STATES TREASURY (IRS) »» 11P | Priority Crediors | $185.37 | $185.37 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS) »» 11U | Unsecured Creditors | $10.18 | $0.00 | $10.18 |
| 13 | BERKHEIMER TAX ADMINISTRATOR »» 012 | Priority Crediors | $47.00 | $0.00 | $47.00 |

| # | Creditor | Class | Claimed | Paid | Balance |
|---|---|---|---|---|---|
| 14 | QUANTUM3 GROUP LLC as agent for »» 013 | Unsecured Creditors | $1,319.47 | $0.00 | $1,319.47 |
| 15 | QUANTUM3 GROUP LLC as agent for »» 014 | Unsecured Creditors | $141.39 | $0.00 | $141.39 |
| 16 | QUANTUM3 GROUP LLC as agent for »» 015 | Unsecured Creditors | $1,503.51 | $0.00 | $1,503.51 |
| 17 | LENDING CLUB CORPORATION »» 016 | Unsecured Creditors | $4,593.76 | $19.10 | $4,574.66 |
| 18 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $3,633.40 | $15.11 | $3,618.29 |
| 19 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $881.84 | $0.00 | $881.84 |
| 20 | PATIENT FIRST »» 019 | Unsecured Creditors | $534.71 | $0.00 | $534.71 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $371.81 | $0.00 | $371.81 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $8,240.98 | $34.26 | $8,206.72 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $3,527.76 | $0.00 | $3,527.76 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $1,017.93 | $0.00 | $1,017.93 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $4,319.92 | $17.97 | $4,301.95 |
| 26 | FEDERAL LOAN SERVICING »» 025 | Unsecured Creditors | $62,270.90 | $258.89 | $62,012.01 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,723.68 | Current Monthly Payment: | $273.00 |
| Paid to Claims: | $3,956.64 | Arrearages: | ($176.28) |
| Paid to Trustee: | $404.64 | Total Plan Base: | $22,703.40 |
| Funds on Hand: | $362.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.