**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Scott Michael Hettinger** | : | Ch. 13 |
| **Debra Ann Hettinger** | : | |
| | : | **19-13488 pmm** |
| **Debtors** | : | |
| | : | |

## NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 13 CASE TO CHAPTER 7 CASE PURSUANT TO 11 U.S.C. SECTION 1307(a)

Notice is given that the Debtors hereby convert their Chapter 13 case to a case under Chapter 7 of Title 11 of the United States Code.

Dated: March 9, 2022

/s/ David W. Tidd, Esq
David W. Tidd Esquire
656 Ebersole Road
Reading, PA 19605
Phone: 610-838-8700
Fax: 610-743-8676
Email: Bankruptcy@davidtiddlaw.com