UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

March 10, 2022

To:
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605

        In re: Scott Michael Hettinger;
        Debra Ann Hettinger
        Bankruptcy No. 19-13488-pmm
        Adversary No.
        Chapter 13

Re: **Conversion Fee**

The above document(s) were filed in this office on 3/9/2022. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    ( )    $31.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    ( )    Motion Filing Fee -Conversion fee of $25.00

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk

        By: Virginia S. De Buvitz
          Deputy Clerk

*Fee Notice*
*(11/26/18)*