United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13488-pmm |
| Scott Michael Hettinger | Chapter 7 |
| Debra Ann Hettinger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 10, 2022 | Form ID: 210U | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Hettinger, Debra Ann Hettinger, 44 Versailles Ct., Reading, PA 19605-7019 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14334260 | + | AES/Educational Loans, Attn: Bankruptcy, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14334262 | + | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 14334259 | + | Aes/bank Of New York U, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14334261 | + | Aes/wllsfrgo, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14334264 | + | Berk E.I.T., 1125 Berkshire Blvd. #115, Wyomissing, PA 19610-1222 |
| 14334265 | + | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14363314 | + | Berkheimer, Agent for Schuykill SD, c/o David R. Gordon, Esquire, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14334279 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14334280 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 14334282 | + | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 14345678 | + | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197-0002 |
| 14345615 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14334288 | + | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14337178 | + | Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14334300 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14375822 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14334302 | + | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14334303 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14344833 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14334304 | + | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14334305 | + | Wf/fmg, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 10 2022 23:50:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 10 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14347090 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 10 2022 23:50:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, |

Case 19-13488-pmm   Doc 65   Filed 03/12/22   Entered 03/13/22 00:27:36   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: 210U | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| | | | P O Box 183853, Arlington, TX 76096-3853 |
| 14334263 | + Email/Text: rperez@arcadiarecovery.com | Mar 10 2022 23:50:00 | Arcadia Recovery Bureau, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 14334266 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 23:49:19 | Best Buy/cbna, Citibank Corp/Centralized Bky, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14334267 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2022 23:49:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14355046 | + Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 23:49:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14334269 | + Email/Text: bankrupt@choicerecovery.com | Mar 10 2022 23:50:00 | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 14334270 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 23:49:19 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14334271 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 23:49:27 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14334272 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14334273 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14334275 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14334276 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14334274 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14334277 | + Email/Text: BKPT@cfna.com | Mar 10 2022 23:50:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14334284 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2022 23:50:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14334281 | + Email/Text: collectionbankruptcies.bancorp@53.com | Mar 10 2022 23:50:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14334283 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 10 2022 23:50:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14334268 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2022 23:49:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14343206 | + Email/Text: RASEBN@raslg.com | Mar 10 2022 23:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14334285 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 10 2022 23:50:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14368585 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 23:49:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14334286 | + Email/Text: bk@lendingclub.com | Mar 10 2022 23:50:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14368177 | + Email/Text: Documentfiling@lciinc.com | Mar 10 2022 23:50:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2807 |
| 14334287 | + Email/Text: EBNBKNOT@ford.com | Mar 10 2022 23:50:00 | Lincoln Automotive Financial Service, Attn: |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14370693 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2022 23:49:19 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14370042 | + | Email/Text: joey@rmscollect.com Mar 10 2022 23:50:00 | | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14334289 | + | Email/Text: recovery@paypal.com Mar 10 2022 23:50:00 | | PayPal, 2211 N. First St., San Jose, CA 95131-2021 |
| 14366354 | | Email/Text: bnc-quantum@quantum3group.com Mar 10 2022 23:50:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14366356 | | Email/Text: bnc-quantum@quantum3group.com Mar 10 2022 23:50:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14334290 | + | Email/Text: bankruptcyteam@quickenloans.com Mar 10 2022 23:50:00 | | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14348096 | + | Email/Text: bankruptcyteam@quickenloans.com Mar 10 2022 23:50:00 | | Quicken Loans Inc., 635 Wooward Avenue, Detroit, MI 48226-3408 |
| 14334291 | | Email/Text: joey@rmscollect.com Mar 10 2022 23:50:00 | | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 14334293 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:18 | | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334292 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:19 | | Syncb/litt, Po Box 965036, Orlando, FL 32896-5036 |
| 14336192 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:23 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14335318 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:23 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14334294 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:23 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334295 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:24 | | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334296 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:27 | | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14334297 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:23 | | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14334298 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:27 | | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14334299 | + | Email/PDF: gecsedi@recoverycorp.com Mar 10 2022 23:49:27 | | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334278 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Mar 10 2022 23:50:00 | | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14357834 | * | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14344835 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

District/off: 0313-4 User: admin Page 4 of 4
Date Rcvd: Mar 10, 2022 Form ID: 210U Total Noticed: 72

| | | |
|---|---|---|
| 14334301 | ##+ | TD Retail Card Services, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

**Name** | **Email Address**

DAVID W. TIDD
on behalf of Joint Debtor Debra Ann Hettinger bankruptcy@davidtiddlaw.com lesliebrown.paralegal@gmail.com

DAVID W. TIDD
on behalf of Debtor Scott Michael Hettinger bankruptcy@davidtiddlaw.com lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROBERT H. HOLBER
trustee@holber.com rholber@ecf.axosfs.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Scott Michael Hettinger and Debra Ann Hettinger          Case No: 19−13488−pmm

    Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 3/10/22

For The Court

Timothy B. McGrath
Clerk of Court

62
Form 210U