United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Scott Michael Hettinger  
Debra Ann Hettinger  
    Debtors

Case No. 19-13488-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Jul 01, 2022      Form ID: 318      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Hettinger, Debra Ann Hettinger, 44 Versailles Ct., Reading, PA 19605-7019 |
| 14334259 | + | Aes/bank Of New York U, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14334261 | + | Aes/wllsfrgo, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14334264 | + | Berk E.I.T., 1125 Berkshire Blvd. #115, Wyomissing, PA 19610-1222 |
| 14334265 | + | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14363314 | + | Berkheimer, Agent for Schuykill SD, c/o David R. Gordon, Esquire, 1883 Jory Road, Pen Argyl, PA 18072-9652 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Jul 02 2022 04:18:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 02 2022 00:14:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 02 2022 00:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14347090 | + | EDI: PHINAMERI.COM | Jul 02 2022 04:18:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14334260 | + | Email/Text: bncnotifications@pheaa.org | Jul 02 2022 00:14:00 | AES/Educational Loans, Attn: Bankruptcy, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14334262 | | Email/Text: collectors@arresourcesinc.com | Jul 02 2022 00:14:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14334263 | + | Email/Text: rperez@arcadiarecovery.com | Jul 02 2022 00:14:00 | Arcadia Recovery Bureau, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 14334266 | + | EDI: CITICORP.COM | Jul 02 2022 04:18:00 | Best Buy/cbna, Citibank Corp/Centralized Bky, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14334267 | + | EDI: CAPITALONE.COM | Jul 02 2022 04:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14355046 | + | EDI: AIS.COM | Jul 02 2022 04:18:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14334269 | + | Email/Text: bankrupt@choicerecovery.com | Jul 02 2022 00:14:00 | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 14334270 | + | EDI: CITICORP.COM | Jul 02 2022 04:18:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

Case 19-13488-pmm    Doc 74    Filed 07/03/22    Entered 07/04/22 00:34:48    Desc Imaged
                         Certificate of Notice    Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 318 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 14334271 | + | EDI: CITICORP.COM | Jul 02 2022 04:18:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14334272 | + | EDI: WFNNB.COM | Jul 02 2022 04:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14334273 | + | EDI: WFNNB.COM | Jul 02 2022 04:18:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14334275 | + | EDI: WFNNB.COM | Jul 02 2022 04:18:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14334276 | + | EDI: WFNNB.COM | Jul 02 2022 04:18:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14334274 | | EDI: WFNNB.COM | Jul 02 2022 04:18:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14334277 | + | EDI: CRFRSTNA.COM | Jul 02 2022 04:18:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14334284 | | EDI: IRS.COM | Jul 02 2022 04:18:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14334282 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 02 2022 00:14:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14345678 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 02 2022 00:14:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14334279 | + | Email/Text: bncnotifications@pheaa.org | Jul 02 2022 00:14:00 | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14334280 | + | Email/Text: bncnotifications@pheaa.org | Jul 02 2022 00:14:00 | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 14334281 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 02 2022 00:14:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14334283 | + | EDI: PHINAMERI.COM | Jul 02 2022 04:18:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14334268 | | EDI: JPMORGANCHASE | Jul 02 2022 04:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14343206 | + | Email/Text: RASEBN@raslg.com | Jul 02 2022 00:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14334285 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 02 2022 00:14:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14368585 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2022 00:17:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14334286 | + | Email/Text: bk@lendingclub.com | Jul 02 2022 00:14:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14368177 | + | EDI: LENDNGCLUB | Jul 02 2022 04:18:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2807 |
| 14334287 | + | Email/Text: EBNBKNOT@ford.com | Jul 02 2022 00:14:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14345615 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 02 2022 00:14:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14334288 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 02 2022 00:14:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX |

Case 19-13488-pmm   Doc 74   Filed 07/03/22   Entered 07/04/22 00:34:48   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 318 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 14370693 | | EDI: PRA.COM | | 75266-0360 |
| | | | Jul 02 2022 04:18:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14370042 | + | Email/Text: joey@rmscollect.com | Jul 02 2022 00:14:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14334289 | + | Email/Text: recovery@paypal.com | Jul 02 2022 00:14:00 | PayPal, 2211 N. First St., San Jose, CA 95131-2021 |
| 14366354 | | EDI: Q3G.COM | Jul 02 2022 04:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14366356 | | EDI: Q3G.COM | Jul 02 2022 04:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14334290 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 02 2022 00:14:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14348096 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 02 2022 00:14:00 | Quicken Loans Inc., 635 Wooward Avenue, Detroit, MI 48226-3408 |
| 14334291 | | Email/Text: joey@rmscollect.com | Jul 02 2022 00:14:00 | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 14334293 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334292 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Syncb/litt, Po Box 965036, Orlando, FL 32896-5036 |
| 14336192 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14335318 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14334294 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334295 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334296 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14334297 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14334298 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14334299 | + | EDI: RMSC.COM | Jul 02 2022 04:18:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334300 | + | EDI: WTRRNBANK.COM | Jul 02 2022 04:18:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14375822 | | Email/Text: bncnotifications@pheaa.org | Jul 02 2022 00:14:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14334278 | | EDI: USBANKARS.COM | Jul 02 2022 04:18:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14334302 | + | EDI: WFCCSBK | Jul 02 2022 04:18:00 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14334303 | + | EDI: WFHOME | Jul 02 2022 04:18:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

Case 19-13488-pmm    Doc 74    Filed 07/03/22    Entered 07/04/22 00:34:48    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 318 | Total Noticed: 67 |

| 14344833 | EDI: WFCCSBK | Jul 02 2022 04:18:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14334304 | + EDI: WFHOME | Jul 02 2022 04:18:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14334305 | + EDI: WFCCSBK | Jul 02 2022 04:18:00 | Wf/fmg, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| 14357834 | * | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14344835 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14334301 | ##+ | TD Retail Card Services, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Joint Debtor Debra Ann Hettinger bankruptcy@davidtiddlaw.com lesliebrown.paralegal@gmail.com |
| DAVID W. TIDD | on behalf of Debtor Scott Michael Hettinger bankruptcy@davidtiddlaw.com lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Scott Michael Hettinger<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4219<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Debra Ann Hettinger<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8697<br>EIN   __–_____ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   19–13488–pmm | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott Michael Hettinger         Debra Ann Hettinger

7/1/22              **By the court:** Patricia M. Mayer
                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318         **Order of Discharge**         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**